IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | |
|---|---|
| ERIC BERTHIAUME, | CASE NO. 6-13-cv-00037 |
| *Plaintiff,* | |
| v. | ORDER |
| TODD DOUGLAS DOREMUS, DBA YELLOW SUBMARINE | JUDGE NORMAN K. MOON |
| *Defendant.* | |

For the reasons stated in the accompanying memorandum opinion, I hereby GRANT Plaintiff's Motion for Attorneys' Fees and Costs (docket no. 20) and AWARD Plaintiff $9,550 in attorneys' fees and $450 in costs, for a total of $10,000.

The Clerk of the Court is hereby directed to send a certified copy of this order and the accompanying memorandum opinion to all counsel of record, and to Defendant at 3313 Old Forest Rd., Lynchburg, VA 24501.

It is so ORDERED.

Entered this  12th  day of June, 2014.

*[signature]*
NORMAN K. MOON
UNITED STATES DISTRICT JUDGE