U. S. DISTRICT COURT
Western District of Virginia
1101 Court Street, Room A66
Lynchburg, VA 24504

*Julia C. Dudley*  *Voice: 434-847-5722*
*Clerk of the Court*  *Facsimile: 434-847-2002*

July 15, 2014

**VIA CM/ECF & USPS**

RE:  Case No. 6:13CV00037 – Eric Berthiaume v. Todd Douglas Doremus

Dear Mr. Traubert and Mr. Doremus:

Please note that the deadline to appeal in the above-styled case has expired.

The court has in its possession exhibits that were introduced in the above case at the hearing/trial held on February 7, 2014. For a listing of the exhibits, please see the docket entry in PACER relating to the proceeding.

Pursuant to the court's local rules, which are available on the court's website at http://www.vawd.uscourts.gov/media/519/local_rules.pdf, exhibits that are not removed from the custody of the Clerk within the required time, after giving notice to counsel, can be destroyed. Therefore, the exhibits introduced at said hearings will be destroyed within thirty (30) days of this notice unless counsel makes arrangements with this office for pickup of said exhibits.

Any questions should be directed to the undersigned.

Very truly yours,

JULIA C. DUDLEY, CLERK

By: Fay Coleman
Deputy Clerk

AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF VIRGINIA

ERIC BERTHIAUME

V.

TODD DOUGLAS DOREMUS

## EXHIBIT AND WITNESS LIST

Case Number: 6:13CV00037

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Norman K. Moon | Steven M. Traubert | Todd Douglas Doremus (pro se) |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| 2/7/2014 | Darlene Owings w/Cavalier Rptg. | Fay Coleman |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 2/7/2014 | y | y | Photo - Yellow Submarine |
| 2 | | 2/7/2014 | y | y | Photo - Parking Lot |
| 3 | | 2/7/2014 | y | y | Photo - Stall |
| 4 | | 2/7/2014 | y | y | Photo - Stall |
| 5 | | 2/7/2014 | y | y | Photo - Stall Door |
| 6 | | 2/7/2014 | y | y | Photo - Toilet |
| 7 | | 2/7/2014 | y | y | Photo - Sink |
| 8 | | 2/7/2014 | y | y | Photo - Sink |
| 9 | | 2/7/2014 | y | y | Photo - Door Knob |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 1 Pages